United States District Court
Southern District of Texas
**ENTERED**
November 29, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUCIANO ANASTACIOU, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-03732 |
| PRINCE WEST, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on November 14, 2022. Doc. #29. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Defendant United States' Motion to Dismiss (Doc. #21) and Motion to Strike (Doc. #27) are both GRANTED. Plaintiff Luciano Anastaciou's Second Amended Complaint (Doc. #23) is STRICKEN as untimely, and this case is DISMISSED without prejudice.

It is so ORDERED.

NOV 2 9 2022
Date

The Honorable Alfred H. Bennett
United States District Judge